UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED
JUN 1 5 2005
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA**

IN RE: ) Case No. 00-32478
STOCKPOWER, INC., ) (Chapter 7)
)
)
DEBTOR(S) )

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Letter 5, Inc. (Fed. ID#97-2027857) (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the amount of $18,621.73) be paid to Letter 5, Inc. c/o American Property Locators, Inc., One South Broadway, Suite 301, Edmond, OK 73034.

Dated this 15 day of Jun, 2005.

_____
United States Bankruptcy Judge

CC: Financial Administrator

American Property Locators, Inc.
  Mr. J. Armstrong Duffield
  One South Broadway, Suite 301
  Edmond, OK 73034